UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
REEM T. NAWRAS,

        Petitioner,

v.

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES,

        Respondent.
------------------------------------------------------X

**ORDER**

08-CV-0240(NGG) (LB)

NICHOLAS G. GARAUFIS, United States District Judge.

On March 5, 2008, Respondent U.S. Citizenship and Immigration Services ("USCIS") notified the court that on March 4, 2008, USCIS approved Petitioner's application for naturalization and scheduled her to take the oath of allegiance on March 21, 2008. (See Docket Entry # 5.) Respondent argued that the approval of Petitioner's naturalization application rendered the instant case moot because Petitioner seeks only "to speed up the processing" of her application for naturalization. (Id.)

In response to this court's Order directing Petitioner to advise the court within ten days as to why dismissal with prejudice is not warranted on mootness grounds (see Docket Entry # 6), Petitioner has requested that the court dismiss her case because there is no longer a justiciable controversy, (see Petitioner's letter to the court dated March 15, 2008 (Docket Entry # 7)).

Because this case is moot, this court no longer has subject-matter jurisdiction over it. See New York City Employees' Retirement System v. Dole Food Co., Inc., 969 F.2d 1430, 1433 (2d Cir. 1992) ("A case becomes moot when the issues presented are no longer live or the parties lack a legally cognizable interest in the outcome.") (internal quotation marks and citation omitted); Zapata v. INS, 93 F. Supp. 2d 355, 358 (S.D.N.Y. 2000) ("Federal district courts do not have subject matter jurisdiction over moot cases.").

Accordingly, the case is dismissed with prejudice, without costs or attorney's fees to any party, and the Clerk of Court is directed to enter judgment and close the case.

SO ORDERED.

/signed/

Dated: April 4, 2008
Brooklyn, N.Y.

NICHOLAS G. GARAUFIS
United States District Judge